July 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

LETICIA LOYA, Appellant

NO. 14-14-00208-CV V.

MIGUEL ANGEL LOYA, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Miguel Angel Loya, signed January 6, 2014, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Miguel Angel Loya. We further order this decision certified below for observance.